### IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

| | | |
|---|---|---|
| **JOSHUA MILLER,** | § | |
| | § | |
| **Plaintiff,** | § | **CIVIL ACTION NO.:** |
| | § | |
| v. | § | **CV-20-903275** |
| | § | |
| **WAL-MART STORES EAST, LP,** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

### NOTICE OF FILING OF REMOVAL

Pursuant to 28 U.S.C. § 1446(d), Defendant Walmart Stores East, LP, hereby gives notice of the filing of a Notice of Removal to the United State District Court for the Northern District of Alabama, Southern Division, for the above-styled cause. Attached hereto and made a part hereof is a copy of said Notice of Removal. A copy of the actual submission has not yet been provided to the undersigned, but once the true copy is available, this Notice will be supplemented.

Respectfully Submitted,

*/s/ Julie D. Pearce*
Julie D. Pearce (PEA032)
Michael J. Marable (MAR223)
Attorneys for Defendant
Wal-Mart Stores East, L.P.

**OF COUNSEL:**
**GAINES, GAULT, HENDRIX, PC**
361 Summit Blvd., Suite 200
Birmingham, Alabama 35243
205-980-5888
jpearce@ggh-law.com
mmarable@ggh-law.com

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing has been served electronically upon the following counsel of record who are AlaFile registrant(s) and on all other counsel of record or pro se parties by, placing the same in the U.S. Mail, first class postage pre-paid and properly addressed as follows, on this the 22nd day of January, 2021.

Al Jones
The Law Offices of Attorney Al Jones
& Associates, P.C.
2626 7th Street
Tuscaloosa, Alabama 35401

                                            */s/ Julie D. Pearce*
                                            OF COUNSEL